FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA   3558
JOSEPH T. ROSENBAUM   9205
1100 Alakea Street, FL 20, Suite B
Honolulu, Hawai`i 96813
Telephone: (808) 203-5436

Attorneys for Plaintiff
JOHN DOE 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DOE 1,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCED MICRO TARGETING, INC., a foreign profit corporation; JOHN DOES 2-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendants. | CIVIL NO. 25-00116-MWJS-KJM<br>(Other Civil Action)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY FOR PLAINTIFF** |

# ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

Before the Court is Plaintiff's Counsel's Motion for Leave of Court to Withdraw as Attorney for Plaintiff ("Motion to Withdraw") [Dkt. No. 8], filed on June 17, 2025.

The Motion to Withdraw came on for hearing on June 27, 2025 before the Honorable Kenneth J. Mansfield. Appearing at the hearing was attorney Joseph T. Rosenbaum. Plaintiff John Doe 1 did not make an appearance at the hearing.

The Motion to Withdraw was GRANTED for good cause shown. The Court found that Ms. Elizabeth Jubin Fujiwara, Mr. Joseph T. Rosenbaum, and their law firm's withdrawal was effective immediately.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, July 1, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

JOHN DOE 1 vs. ADVANCED MICRO TARGETING, INC. CV No. 25-00116-MWJS-KJM; ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY FOR PLAINTIFF [Dkt. No. 8]