IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DOE 1, | ) Civil No. 25-00116 MWJS-KJM |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| ADVANCED MICRO TARGETING, INC.; ET AL., | ) |
| Defendants. | ) |

ORDER TO SHOW CAUSE

On March 13, 2025, Plaintiff John Doe 1 ("Plaintiff"), represented by Elizabeth Jubin Fujiwara, Esq., and Joseph T. Rosenbaum, Esq. ("Mr. Rosenbaum"), filed this lawsuit.  ECF No. 1.  On June 17, 2025, Plaintiff's counsel filed a motion to withdraw as counsel of record for Plaintiff ("Motion to Withdraw").  ECF No. 8.  The basis of the withdrawal was that Plaintiff has ceased all communications with counsel, despite counsel's repeated attempts to contact Plaintiff by phone and email.  *Id.*

On June 27, 2025, the Court held a hearing on the Motion to Withdraw.  ECF No. 11.  The Court previously ordered Plaintiff to appear at the hearing.  ECF No. 9.  Only Mr. Rosenbaum appeared at the hearing.  ECF No. 11.  The Court granted the Motion to Withdraw.  ECF Nos. 11, 12.  The Court subsequently set a

status conference for July 11, 2025.  ECF No. 11.  Again, Plaintiff failed to appear.  ECF No. 13.

Plaintiff thus failed to appear at two hearings in a row.  Beyond filing the Complaint, Plaintiff has provided no indication of any inclination to prosecute this case.

Accordingly, the Court HEREBY ORDERS Plaintiff to show cause in writing by **August 8, 2025**, if any there be, why this action should not be dismissed for failure to prosecute.  Plaintiff is cautioned that should he/she fail to respond to this Order, the Court will recommend that this action be dismissed.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 15, 2025.



Kenneth J. Mansfield
United States Magistrate Judge

*John Doe I v. Advanced Micro Targeting Inc.*, Civil No. 25-00116 MWJS-KJM; Order to Show Cause