IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOHN DOE 1,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADVANCED MICRO TARGETING INC., *et al.*,<br><br>　　　　Defendants. | Civil No. 25-00116 MWJS-KJM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF JOHN DOE 1'S COMPLAINT FOR FAILURE TO PROSECUTE |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF JOHN DOE 1'S COMPLAINT FOR FAILURE TO PROSECUTE**

Findings and Recommendation having been filed and served on all parties on August 20, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendations to Dismiss Plaintiff John Doe 1's Complaint for Failure to Prosecute, Dkt. 15, filed August 20, 2025, are adopted as the opinion and order of this court. The Clerk is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

DATED: September 5, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge